IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**SARAH J. BANKS and MARY M. SIMMONS,**

    Plaintiffs,

v.   Civil Action No. 2:17-CV-94
(Judge Bailey)

**VANDERBILT MORTGAGE AND FINANCE, INC.; CMH HOMES, INC. d/b/a FREEDOM HOMES BUCKHANNON; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, INC.; and HOMEFIRST AGENCY, INC.,**

    Defendants.

and

**CMH HOMES, INC. d/b/a FREEDOM HOMES BUCKHANNON; CMH MANUFACTURING, INC.; VANDERBILT MORTGAGE AND FINANCE, INC.; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, INC.,**

    Plaintiffs,

v.   Civil Action No. 2:17-CV-64
(Judge Bailey)

**MARY C. SIMMONS and SARAH BANKS,**

    Defendants.

## ORDER GRANTING MOTION TO CONSOLIDATE

On this day, the above-styled civil action came before this Court upon consideration of the Motion to Consolidate [Doc. 7], filed June 30, 2017, which seeks to consolidate Civil Actions 2:17-cv-94 and 2:17-cv-64. No party has voiced any objection to the Motion, and this Court finds good cause to **GRANT** the same.

Accordingly, upon consideration of the above, this Court is of the opinion that the Motion to Consolidate Civil Actions 2:17-cv-94 and 2:17-cv-64 **[2:17-cv-64; Doc. 7]** should be, and the same is, hereby **GRANTED**.  Accordingly, it is hereby **ORDERED** that the two above-styled cases shall be **CONSOLIDATED** for all purposes, and the lead case shall proceed under Civil Action 2:17-cv-64.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** July 17, 2017.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE